UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| **DAVID HERMAN LANIER**<br>**Debtor** | ) CASE NO. 13-11418WHD<br>)<br>) Chapter 13<br>)<br>) JUDGE W. H. DRAKE |

## AMENDMENT

Comes now the above named Debtor and files their amendment to respectfully show the following:

1.

Debtor's Schedules I & J, Statistical summary of Certain Liabilities and Summary of Schedule are amended to show current financial situation.

Respectfully Submitted,

s/ _____
W. Luther Jones
Attorney for Debtor
Georgia Bar No: 398207

P.O. Box 905
310 Greenville Street
LaGrange, Georgia  30240
(706)884-6633

**Fill in this information to identify your case:**

Debtor 1: David Herman Lanier
First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Northern District of GA

Case number (if known): 13-11418

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:
_____ MM / DD / YYYY

Official Form B 6I

# Schedule I: Your Income    12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. Fill in your employment information.

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☒ Not employed |
| Occupation | Internment Engineer | |
| Employer's name | Self Employed | |
| Employer's address | Number Street | Number Street |
| | City State ZIP Code | City State ZIP Code |
| How long employed there? | 30 years | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 11,000.00 | $ N.A. |
| 3. Estimate and list monthly overtime pay. | + $ 0.00 | + $ N.A. |
| 4. Calculate gross income. Add line 2 + line 3. | $ 11,000.00 | $ 0.00 |

Official Form B 6I    Schedule I: Your Income    page 1

Debtor 1  David Herman Lanier
First Name   Middle Name   Last Name

Case number (if known) 13-11418

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here ............................................................................ → 4. | $ 11,000.00 | $ 0.00 |

5. List all payroll deductions:

| | | |
|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions                5a. | $ 1,400.00 | $ 0.00 |
| 5b. Mandatory contributions for retirement plans              5b. | $ 0.00 | $ 0.00 |
| 5c. Voluntary contributions for retirement plans              5c. | $ 0.00 | $ 0.00 |
| 5d. Required repayments of retirement fund loans           5d. | $ 0.00 | $ 0.00 |
| 5e. Insurance                                                                          5e. | $ 0.00 | $ 0.00 |
| 5f. Domestic support obligations                                         5f. | $ 0.00 | $ 0.00 |
| 5g. Union dues                                                                         5g. | $ 0.00 | $ 0.00 |
| 5h. Other deductions. Specify: ;_____  5h. | + $ 0.00 | + $ 0.00 |

6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h.   6.  $ 1,400.00    $ 0.00

7. Calculate total monthly take-home pay. Subtract line 6 from line 4.   7.  $ 9,600.00    $ 0.00

8. List all other income regularly received:

   8a. Net income from rental property and from operating a business, profession, or farm
   Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.  $ 0.00    $ 0.00

   8b. Interest and dividends   8b.  $ 0.00    $ 0.00

   8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive
   Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.  $ 0.00    $ 0.00

   8d. Unemployment compensation   8d.  $ 0.00    $ 0.00

   8e. Social Security   8e.  $ 0.00    $ 0.00

   8f. Other government assistance that you regularly receive
   Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
   Specify: ;_____   8f.  $ 0.00    $ 0.00

   8g. Pension or retirement income   8g.  $ 0.00    $ 0.00

   8h. Other monthly income. Specify: ;_____   8h. + $ 0.00   + $ 0.00

9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9.  $ 0.00    $ 0.00

10. Calculate monthly income. Add line 7 + line 9.
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.  $ 9,600.00  +  $ 0.00  =  $ 9,600.00

11. State all other regular contributions to the expenses that you list in Schedule J.
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
    Specify: _____   11. + $ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
    Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies   12.  $ 9,600.00
    Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
    [X] No.
    [ ] Yes. Explain: _____

Official Form B 6I                            Schedule I: Your Income                                    page 2

Fill in this information to identify your case:

Debtor 1: David Herman Lanier
First Name / Middle Name / Last Name

Debtor 2: ___
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Northern District of GA

Case number (if known): 13-11418

Check if this is:

☐ An amended filing

☒ A supplement showing post-petition chapter 13 expenses as of the following date:
12/18/2013
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. Is this a joint case?

   ☒ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
      ☐ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. Do you have dependents?
   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.

   ☒ No
   ☐ Yes. Fill out this information for each dependent.....

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?
   ☒ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)

Your expenses

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4. $ 500.00

   If not included in line 4:

   4a. Real estate taxes    4a. $ 0.00
   4b. Property, homeowner's, or renter's insurance    4b. $ 0.00
   4c. Home maintenance, repair, and upkeep expenses    4c. $ 0.00
   4d. Homeowner's association or condominium dues    4d. $ 0.00

Official Form B 6J    Schedule J: Your Expenses    page 1

Debtor 1  David Herman Lanier
         First Name  Middle Name  Last Name

Case number (if known) 13-11418

**Your expenses**

5. **Additional mortgage payments for your residence**, such as home equity loans — 5. $0.00

6. **Utilities:**
   - 6a. Electricity, heat, natural gas — 6a. $289.00
   - 6b. Water, sewer, garbage collection — 6b. $100.00
   - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $300.00
   - 6d. Other. Specify: Cable — 6d. $100.00

7. **Food and housekeeping supplies** — 7. $850.00

8. **Childcare and children's education costs** — 8. $0.00

9. **Clothing, laundry, and dry cleaning** — 9. $200.00

10. **Personal care products and services** — 10. $100.00

11. **Medical and dental expenses** — 11. $50.00

12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $707.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $0.00

14. **Charitable contributions and religious donations** — 14. $0.00

15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance — 15a. $0.00
    - 15b. Health insurance — 15b. $0.00
    - 15c. Vehicle insurance — 15c. $0.00
    - 15d. Other insurance. Specify: _____ — 15d. $0.00

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: SE and Property — 16. $600.00

17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1 — 17a. $0.00
    - 17b. Car payments for Vehicle 2 — 17b. $4.00
    - 17c. Other. Specify: Umbrella, Vehicle, Life & Health — 17c. $500.00
    - 17d. Other. Specify: 1st People's (450) — 17d. $450.00

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income** (Official Form B 6I). — 18. $0.00

19. **Other payments you make to support others who do not live with you.** Specify:_____ — 19. $0.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**
    - 20a. Mortgages on other property — 20a. $0.00
    - 20b. Real estate taxes — 20b. $0.00
    - 20c. Property, homeowner's, or renter's insurance — 20c. $0.00
    - 20d. Maintenance, repair, and upkeep expenses — 20d. $0.00
    - 20e. Homeowner's association or condominium dues — 20e. $0.00

| Debtor 1 | David Herman Lanier | Case number (if known) | 13-11418 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

21. **Other.** Specify: _Grooming_                                21.  +$         100.00

22. **Your monthly expenses.** Add lines 4 through 21.
    The result is your monthly expenses.                          22.  $       4,850.00

23. **Calculate your monthly net income.**

    23a.  Copy line 12 (*your combined monthly income*) from *Schedule I.*    23a.  $       9,600.00

    23b.  Copy your monthly expenses from line 22 above.                      23b.  −$       4,850.00

    23c.  Subtract your monthly expenses from your monthly income.
          The result is your *monthly net income.*                            23c.  $       4,750.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☐ No.
    ☒ Yes.   Explain here:
             If this ch13 fails, Debtor will lose eerything to CertusBank.

B6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Northern District of Georgia

In re: David Herman Lanier, Debtor

Case No. 13-11418

Chapter 13

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $212,717.00 | | |
| B – Personal Property | YES | 3 | $114,300.00 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $365,047.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $44,200.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 2 | | $157,204.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $9,600.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 3 | | | $4,850.00 |
| **TOTAL** | | 18 | $327,017.00 | $566,451.00 | |

Official Form 6 - Statistical Summary (12/13)

# United States Bankruptcy Court
## Northern District of Georgia

In re: David Herman Lanier, Debtor

Case No. 13-11418

Chapter 13

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ N.A. |
| Student Loan Obligations (from Schedule F) | $ N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ N.A. |
| TOTAL | $ N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ N.A. |
| Average Expenses (from Schedule J, Line 22) | $ N.A. |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ N.A. |
| 4. Total from Schedule F | | $ N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ N.A. |

# UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In re:

David Lanier                                             Case No. 13- 11418

                                                         Chapter 13

                           Debtor(s)

## AMENDMENT CERTIFICATE

I/we, **David Lanier**, declare under penalty of perjury that I/we have read the foregoing Amendment, consisting of __8__ sheets and that it is true and correct to the best of my/our knowledge, information, and belief.

This the __18th__ day of __Dec.__, 20__13__

_/s/ David Lanier_
David Lanier, Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| **DAVID HERMAN LANIER**<br>**Debtor** | ) CASE NO. 13-11418WHD<br>)<br>) Chapter 13<br>)<br>) JUDGE W. H. DRAKE |

### CERTIFICATE OF SERVICE

GEORGIA, TROUP COUNTY

    I, W. Luther Jones, Attorney for Debtor, do hereby certify that I have this day served the foregoing Amendment by mailing a copy of the same, with sufficient first class postage affixed thereto, to

Adam M. Goodman
Chapter 13 Trustee
260 Peachtree Street
Suite 200
Atlanta, GA  30303

and to the creditors listed on the attached matrix.

    This the 18th day of December, 2013.

s/ _____
W. Luther Jones
Attorney for Debtor
State Bar No. 398207

P. O. Box 905
LaGrange, GA  30241
(706) 884-6633

```
1st Peoples Bank
105 Chipley Street
Pine Mountain, GA 31822


Certus Bank
P.O. Box 129
Mauldin, SC 29662


Equable Ascent Financial, LLC
1120 W. Lake Cook Road
Ste. B
Buffalo Grove, IL 60089-1970


FAMS
P.O. Box 451409
Atlanta, GA 31145-9409


First National Collection Bureau, Inc.
610 Waltham Way
Sparks, NV 89434


Georgia Department of Revenue
P.O. Box 105499
Atlanta, GA 30348


GMAC
P.O. Box 380902
Bloomington, MN 55438


Internal Revenue Service
Insolvency Unit
401 W. Peachtree Street, N.E., Stop 334D
Atlanta, GA 30308


Jones Morrison & Womack
d/b/a BB&T
P.O. Box 56247
Atlanta, GA 30343


LaGrange Emergency Physicians
P.O. Box 277367
Atlanta, GA 30384-3848
```

```
Regions Bank
Attn: Bankruptcy Dept.
1900 Fifth Avenue North
Birmingham, AL 35203


The Emory Clinic
c/o Allied Interstate
3000 Corporate Exchange Drive
Columbus, OH 43231


Uptain Group Inc.
4811c Bradford Drive
Huntsville, AL 35805


Vicki Lanier
244 Salem Road
LaGrange, GA 30240


West Georgia Health System
1514 Vernon Road
LaGrange, GA 30240
```