# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 13-11418 |
| | ) | |
| DAVID H. LANIER | ) | CHAPTER 13 |
| | ) | |
| Debtor | ) | W. H. DRAKE, JR. |

## MOTION TO SUSPEND PLAN PAYMENTS

Comes now, DAVID H. LANIER, by and through the undersigned attorney and hereby shows the Court as follows:

1.

David H. Lanier. had some equipment to break down and a main creditor to file bankruptcy on him.

2.

The Debtor has no other income from which to make his Chapter 13 plan payments.

3.

The Debtor hereby requests that he be given permission to suspend his May, June and July, 2014 trustee payments.

WHEREFORE, the Debtor prays that this Court grant his Motion To Suspend Payments as set forth herein.

This \_\_\_ day of July, 2014.

/s/
W. Luther Jones
Attorney For Debtor
State Bar No. 398207

P.O. Box 905
310 Greenville Street
LaGrange, GA  30241
(706) 884-6633

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| IN THE MATTER OF: | : | CASE NUMBER |
|---|---|---|
| DAVID H. LANIER | : | 13-11418 |
| DEBTOR | : | IN PROCEEDINGS UNDER |
|  | : | CHAPTER 13 OF THE |
|  | : | BANKRUPTCY CODE |

## NOTICE OF ASSIGNMENT OF HEARING

**NOTICE IS HEREBY GIVEN** that the hearing on DEBTOR'S

Motion to Suspend Plan Payments, in the above-styled case shall be held

before Judge W. H. Drake, Jr., in the Second Floor Courtroom, United States Courthouse,

18 Greenville Street, Newnan, Georgia, at **9:20 A.M., on the 31st day of July, 2014.**

This  11  day of July, 2014

s/
W. LUTHER JONES
Attorney For Debtor

310 Greenville St.
P.O. Box 905
LaGrange, GA  30241
(706)884-6633

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CASE NUMBER |
| | : | |
| DAVID H. LANIER | : | 13-11418 |
| | : | |
| DEBTOR | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 13 OF THE |
| | : | BANKRUPTCY CODE |

CERTIFICATE OF SERVICE

I certify that on the date stated below, I served a copy of the foregoing document on each of the persons and entities named in the following list by United States Mail.

Adam M. Goodman
260 Peachtree Street N. W.
Suite 200
Atlanta, GA 30303

David H. Lanier
19 Talley Road
LaGrange, GA 30240

July 11, 2014.

s/ _____
W. LUTHER JONES
Attorney For Debtor